Board of Managers of the Towers On the Park Condominium, Plaintiff-Respondent,
against
Josefina Cruz, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Lisa A. Sokoloff, J.), entered August 31, 2016, which awarded plaintiff additional attorneys' fees in the principal sum of $21,390.09.




Per Curiam.
Order (Lisa A. Sokoloff, J.), entered August 31, 2016, affirmed, without costs.
Plaintiff established its entitlement to an award of additional attorneys' fees for the time incurred in successfully defending defendant's prior appeal (see Board of Mgrs. of the Towers on the Park Condominium v Cruz, 49 Misc 3d 143[A], 2015 NY Slip Op 51641[U] [App Term, 1st Dept 2015]; see also 338 W. 46th St. Realty, LLC v Morton, 50 Misc 3d 126[a], 2015 NY Slip Op 51845[U] [App Term, 1st Dept 2015]). Viewing the evidence presented in light of all relevant factors (see Matter of Freeman, 34 NY2d 1, 9 [1974]), including the time and labor required, the difficulty of the questions involved, and the lawyer's experience, ability and reputation, we find, based upon our independent review of the record, that the fee award was reasonable under the circumstances.
We have examined defendant's remaining contentions and find them to be without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 18, 2018